MAR 30,2009 2:52PM

# Best Case Bankruptcy Client Summary

## Harris, Vickie Lenice                                    09-10995

**7 - Individual - Northern District of Illinois ~10/17 model plan**            Status: **Active**

Office File:                                                                    Next Follow-up Date: **/ /**

Comment:

### Debtor

**Vickie Lenice Harris**                              Tax ID#: **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**

Address:                                              Mailing Address:

**3744 S. Wentworth**
**#127**
**Chicago, IL 60609**

Home: **773-924-7618**
Cell: **773-501-5947**
Work: **312-745-2154**
Employer: **Chicago Are Project**
EMail: **Social Worker**

### Filing Information

| | | | |
|---|---|---|---|
| Date Opened: | **11/15/08** | 341 Creditor Meeting: | Time: |
| Date Filed: | **3/30/09** | Location: | |
| Date Confirmed: | | Confirmation Hearing: | Time: |
| Date Discharged: | | Location: | |
| Date Dismissed: | | | |
| Date Closed: | | | |

Attorney: **Jeffrey L. Benson 6203738**            Referred By:
Paralegal:
Judge:
Trustee:

### Important Dates

|  |  |
|---|---|
|  | PRIOR TO FILING: |
| 12/01/2005 | Homestead exemption limitations § 522(p)(1) [Filed - 1215] |
| 03/31/2007 | Residence requirement to claim state exemptions §522(b)(3)(A) [Filed - 730] |
| 09/01/2008 | Form 22 CMI 6 Month Period 09/01/2008-02/28/2009 |
| 10/01/2008 | Receive Credit Counseling within 180 days of filing § 109(h)(1) |
| 10/01/2008 | Venue requirements to file case in district USC28§1408 [Filed - 180] |
| 12/30/2008 | Luxury goods over $550 nondischargeable §523(a)(2)(C)(i)(I) [Filed - 90] |
| 01/19/2009 | Cash advances over $825 nondischargeable §523(a)(2)(C)(i)(II) [Filed - 70] |
| 01/29/2009 | Payment Advices for period 60 days prior to filing  §521(a)(1)(B)(iv) |
|  | POST FILING: |
| 03/30/2009 | Today March 30, 2009, 0 days since case filed |
| 03/30/2009 | Date Filed, Case Number 09-10995 |
| 04/06/2009 | Provide Trustee Tax Returns [Filed + 7] |
| 04/14/2009 | File Completed Forms [Filed + 15] |
| 04/29/2009 | Last date to file credit briefing certificate [Filed + 30] |
| 05/14/2009 | File Form 8 Statment of Intent [Filed + 45] |
| 05/14/2009 | File Paystubs if not filed with case [Filed + 45] |
| 05/14/2009 | File § 521(a) Documents [Filed + 45] |
| 05/29/2009 | Last date for Trustee to move to reclaim collateral [Filed + 60] |
| 09/26/2009 | Bar date for governmental entities [Filed + 180] |
|  | 341 Meeting date has not been entered |